IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> R. WHITE CONSTRUCTION, INC.; R. WHITE CONSTRUCTION, LLC; THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, as subrogee of David Starnes, <br><br> Defendants. | **ORDER DISMISSING CASE** <br><br> No. 1:21-cv-00104-RJS-DAO <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Based on the parties' Stipulation and Motion to Dismiss All Claims with Prejudice[1] and for good cause appearing,

IT IS HEREBY ORDERED that all claims and causes of action asserted in this matter or which could have been asserted in this matter by or between any party are dismissed with prejudice and on the merits. The parties are all ordered to pay their own respective fees and costs related to this dismissal. The Clerk of Court is directed to close the case.

SO ORDERED this 6th day of February, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 42.

1